IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSAL CITY STUDIOS LLC and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**A2RP4FHT3BW8PC,** *et al.,*<br><br>*Defendants.* | **SEALED**<br><br>Civil Action No. 1:26-cv-388-MHC |

## AFFIDAVIT OF SERVICE

True and correct copies of the Complaint [D.I. 1], Summonses [D.I. 11], and Temporary Restraining Order [D.I. 9], as well as notice that the Court scheduled a hearing on Plaintiffs' Motion for Preliminary Injunction for February 6, 2026, at 2:00 p.m. EST, were served on all Defendants on February 3, 2026. As authorized by this Court in its Order Granting Plaintiffs' Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3) [D.I. 10], the Defendants were served by electronic mail to the e-mail addresses provided by the Marketplaces, Financial Institutions, or Defendants themselves.

I declare under penalty of perjury that the foregoing is true and correct.

1

Dated this 3rd day of February 2026.     Respectfully submitted,

                                               /s/ *Carrie A. Hanlon*
Amy C. Ziegler
Ga. Bar No. 676426
E-mail: aziegler@gbc.law
Justin R. Gaudio
Ga. Bar No. 434363
E-Mail: jgaudio@gbc.law

200 West Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
Facsimile: 312-360-9315
GREER, BURNS & CRAIN, LTD.

Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
THE SLADKUS LAW GROUP

***Attorneys for Plaintiffs***